IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:  
William & Margaret Ingalls  
    Debtor(s)

Case Number 09-31369

Chapter 13

PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.

## OBJECTION TO CLAIM NO. 9 OF MAX FEDERAL CREDIT UNION

COMES NOW the Debtor's, by and through attorney, and hereby files an Objection to the Claim number 9 of Max Federal Credit Union and as grounds for said Objection will state as follows:

1. The Creditor filed a secured claim in the debtor's case.

2. The Debtor's dispute that they owe the amount claimed. Attached is a copy of the paperwork from Max Federal Credit Union showing the balance owed is $0.00.

WHEREFORE, the premises considered, the Debtor objects to claim number 9 of Max Federal Credit Union and requests that this Court disallow the claim as filed.

Respectfully submitted this day: August 7, 2009.

                          /s/Richard D. Shinbaum  
                          Richard d. Shinbaum  
                          Attorney for the Debtor

Of Counsel:

SHINBAUM, McLEOD & CAMPBELL, P.C.
P.O. Box 201
Montgomery, AL 36101
(334) 269-4440
(fax) 263-4096

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: August 7, 2009.

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, AL 36101

MAX FEDERAL CREDIT UNION
P. O. BOX 244040
MONTGOMERY, AL 36124-4040

/s/Richard D. Shinbaum
Richard D. Shinbaum

**MAX Your Community CREDIT UNION**
myMAX.com

**WILLIAM E INGALLS JR**

*Statement Detail (cont'd)*          07/01/2009 - 07/31/2009          Page 2 of 2

| Effective Date | Transaction | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 07/01/09 | Previous Balance | | | 36.46 |
| 07/31/09 | Ending Balance | | | 36.46 |

### CHP13 1999 AUDI A4--12

Interest Year to Date          51.01

| Effective Date | Transaction Description | Principal | Int/Fees | Amount | Balance |
|---|---|---|---|---|---|
| 07/01/09 | Previous Balance | | | | 662.20 |
| 07/31/09 | Payments | -662.20 | 37.79 | -699.99 | 0.00 |
| | Loan Closed | | | | |

### HOW TO BALANCE YOUR CHECKING ACCOUNT

**OUTSTANDING CHECKS**

| | | | DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| YOUR STATEMENT | 1. | List all CHECKS not accounted for on your Statement under the Outstanding CHECKS column | | | | | | |
| | 2. | Enter balance shown on Statement   $ | | | | | | |
| | 3. | ADD deposits not credited on Statement   $ | | | | | | |
| | | SUBTOTAL   $ | | | | | | |
| | 4. | SUBTRACT TOTAL OF Outstanding CHECKS STATEMENT   $ | | | | | | |
| | | BALANCE   $ | | | | | | |
| YOUR CHECKBOOK | 1. | Enter balance shown in CHECKBOOK   $ | | | | | | |
| | 2. | ADD deposits not entered in CHECKBOOK   $ | | | | | | |
| | 3. | ADD dividends not entered in CHECKBOOK   $ | | | | | | |
| | | SUBTOTAL   $ | | | | | | |
| | 4. | Total service charges and other charges not entered in your CHECKBOOK   $ | | | | | | |
| | | SUBTRACT TOTALS   $ | | | | | | |
| | | CHECKBOOK BALANCE   $ | | | | | | |
| | | | SUB TOTAL | | | TOTAL OUTSTANDING | | |

**NCUA**

Your statement balance should agree with your checkbook balance. For statement errors, please contact the Supervisory Committee at P.O. Box 211115, Montgomery, AL. 36121-1115