UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br>   WILLIAM E INGALLS, Jr.<br><br>       Debtor(s). | ) CHAPTER 13<br>)<br>) CASE NO. 09-31369-DHW-13<br>) |

## CLAIM REDUCTION\WITHDRAWAL OF CLAIM

August 13, 2009

BY ELECTRONIC FILING

Office of the Clerk
United States Bankruptcy Court
P.O. Box 1248
Montgomery, Alabama 36102

RE: WILLIAM E INGALLS, Jr.
    Case No. 09-31369-DHW-13

Dear Sir or Madam,

     We represent the interest of MAX CREDIT UNION. Please reduce claim no. 9 to the amount paid as this account was paid in full.

     Thank you for your cooperation in this matter.

                   Very Truly Yours,


                   /s/ Leonard N. Math
                   For the Firm